1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, suing on behalf of THEODORE A. PINNOCK and its members; and THEODORE A. PINNOCK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PASSIONFRUIT GOURMET, INC.; d.b.a. PASSIONFRUIT GOURMET FOODS; JAMES R. ROGERS and SHEILA W. ROGERS TRUST,<br><br>Defendants. | Civil No.   06-CV-1709 LAB (CAB)<br><br><br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

Counsel for Plaintiffs contacted the Court on December 13, 2006, and represented that the case has settled.  Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be electronically filed on or before **January 29, 2007**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Larry Alan Burns, shall be e-mailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

---

[1] *See* General Order 550, Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* at 13, for the chambers' official email address and procedures on emailing proposed orders.

- 1 -                                        06-CV-1709 LAB (CAB)

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before January 29, 2007, then a Settlement Disposition Conference shall be held on **January 30, 2007**, at **9:00 a.m.** before Judge Bencivengo. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiffs shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before January 29, 2007, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: December 13, 2006

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge